March 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RODNEY TOW, TRUSTEE FOR THE ESTATE OF PETERSON GROUP, INC., Appellant

NO. 14-15-00181-CV            V.

PATEL ERVIN PLLC F/K/A PATEL & WARREN, PLLC AND HIREN PATEL, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 21, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rodney Tow, Trustee for the Estate of Peterson Group, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.